DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| 163P13 | State v. Jaquan Rasean Weathers | Def's PWC to Review Decision of COA (COA11-1132) | Denied<br><br>**Beasley, J., Recused** |
|---|---|---|---|
| 164P13 | State v. Devacea Navarea Bass | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-828)<br><br>2. PWC to Review Decision of COA<br><br>3. Conditional PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br><br>2. Denied<br><br>3. Dismissed as Moot |
| 165P13 | State v. Gregory Allen Boykin | Def's PDR Under N.C.G.S. § 7A-31 (COA12-816) | Denied |
| 166P13 | State v. Ray Dean Combs | Def's PDR Under N.C.G.S § 7A-31 (COA12-1008) | Denied |
| 167P13 | State v. George Allen Locklear | 1. Def's *Pro Se* Motion for NOA (COAP13-85)<br><br>2. Def's *Pro Se* PWC to Review Order of COA<br><br>3. Def's *Pro Se* Motion for Leave to Amend<br><br>4. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 1. Dismissed **04/17/13**<br><br>2. Dismissed **04/17/13**<br><br>3. Allowed **04/17/13**<br><br>4. Denied **04/17/** |